IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ASBESTOS LITIGATION | ) |
| | ) |
| RICHARD WAYNE ROGERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| AIR & LIQUID SYSTEMS | ) C.A. No. 17-1570 (MN) (SRF) |
| CORPORATION, et al. | ) |
| | ) |
| Defendants. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

WHEREAS, on May 13, 2019, Magistrate Judge Fallon issued a Report and Recommendation ("the Report") (D.I. 142) in this action, recommending that the Court grant the unopposed motion for summary judgment of Defendant Nosroc Corporation, individually and formerly known as G. & W.H. Corson and Calcite Quarry Corp. (D.I. 99); and

WHEREAS, no party filed objections to the Report pursuant to 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record.

THEREFORE, IT IS HEREBY ORDERED this 4th day of June 2019 that the Report and Recommendation is ADOPTED.

Defendant Nosroc Corporation, individually and formerly known as G. & W.H. Corson and Calcite Quarry Corp.'s Motion for Summary Judgment (D.I. 99) is GRANTED.

The Clerk of Court is HEREBY DIRECTED to enter JUDGMENT in favor of Defendant Nosroc Corporation, individually and formerly known as G. & W.H. Corson and Calcite Quarry Corp. and against Plaintiff Richard Wayne Rogers.

_Maryellen Noreika_
The Honorable Maryellen Noreika
United States District Court Judge